IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, | No. 81293-9-I |
| Respondent, | DIVISION ONE |
| v. | UNPUBLISHED OPINION |
| DOUGLAS FLOYD ROLL, | |
| Appellant. | |

PER CURIAM — Douglas F. Roll appeals his jury conviction for one count of third degree assault and one count of fourth degree assault, both with a domestic violence designation. Roll contends, and the State concedes, that the convictions violate double jeopardy because the underlying acts were part of a continuing course of conduct. The State also concedes that Roll's judgment and sentence inadvertently left blank the expiration date for the no-contact order. We accept the State's concessions. We remand to the trial court to vacate the fourth degree assault conviction, and to amend the judgment and sentence to specify the duration of the no-contact order.

Remanded.

FOR THE COURT:

_____

Mann, C.J.
_____

_____